UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE WIREMOLD COMPANY<br><br>Plaintiff,<br><br>v.<br><br>HUBBELL INCORPORATED and FSR, INC.<br><br>Defendants. | Civil Action No.<br><br>**CORPORATE DISCLOSURE STATEMENT OF THE WIREMOLD COMPANY** |

     Pursuant to the Corporate Disclosure Statement provisions in FRCP 7.1 and this Court's Order.: Any non-governmental corporate party to an action in this court shall file a statement identifying all of its parent corporations and listing any publicly held company that owns 10% or more of the party's stock.

     In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: THE WIREMOLD COMPANY

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   _X_ YES   __ NO

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party: Legrand SA is the ultimate parent company of The Wiremold Company.

2. Is there a publicly owned corporation, not a party to the case, which has a financial interest in the outcome?
   _X_ YES   __ NO

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest: Legrand SA is the ultimate parent company of The Wiremold Company.

Dated: February 15, 2012

THE PLAINTIFF
THE WIREMOLD COMPANY

By   /s/ Eric E. Grondahl
Eric E. Grondahl (Bar No. CT08988)
*egrondahl@mccarter.com*
McCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
Phone: (860) 275-6700

ME1 15061987v.1